**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
Plaintiff,

v.

**JULIO A. RODRIGUEZ-MENDEZ,**
Defendant.

CRIMINAL NO. 05 - 011 (JAG)

<u>**UNITED STATES OF AMERICA'S NOTICE OF
INTENT TO USE EXPERT WITNESSES AT TRIAL**</u>

**TO THE HONORABLE COURT:**

**COMES NOW** the United States of America, through its attorneys and very respectfully states, alleges and prays as follows:

Pursuant to Federal Rule of Criminal Procedure 16, the United States hereby informs of its intent to use at trial the experts that follows at trial.  In addition to identifying the experts to testify at trial, a summary, bases and reasons of the testimony is provided herein and a copy of the expert's curriculum vitae with the expert's qualifications is attached hereto.  The expert to testify at trial is:

(1) **<u>Arturo Gonzalez</u>**, Special Agent, Bureau of Alcohol, Tobacco and Firearms ("ATF"), Puerto Rico I, Puerto Rico Field Office.

**Summary/Bases/Reasons of Testimony** – Expert testimony will include, but is not limited to the recognition, identification, and operability of firearms and their place of manufacture.  The expert will render an opinion on, among other things, whether the firearm in this case was manufactured here in Puerto Rico or have traveled in interstate or foreign commerce and whether the firearm was operable.

Page 1 of  2

US Notice of Expert Witnesses
Criminal No. 05-011 (JAG)

Note, that an additional expert will be notified at a later date for the narcotics seized at the

Defendant's residence.

**WHEREFORE** it is very respectfully requested that this Honorable Court take notice of

the aforementioned.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 10th day of February, 2005.

H. S. GARCIA
United States Attorney

s/    Nathan J. Schulte_____
Nathan J. Schulte, USDC 215812
Assistant U.S. Attorney,
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico, 00918
Tel. (787) 766-5656
Fax (787) 766-5398
E-mail: nathan.schulte@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I presented the foregoing to the Clerk of the

Court for filing and uploading to the CM/ECF system which will send notification of such filing

to the following: **Juan F. Matos De Juan, Esq.**

s/    Nathan J. Schulte_____
Nathan J. Schulte, U.S.D.C. No. 215812